83.605-01A3

I've been trying to get my backtime
have i got i to know one here is not helping
I Just need to know how many mounths
of backtime I have I'm writing because
I received the two cards stating that
on this day the Application for writ of
habeas corpus has been dismissed without
written order

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 08 2015
Abel Acosta, Clerk